IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>HECTOR TINAJERO,<br><br>  Defendant. | MEMORANDUM DECISION AND ORDER DISMISSING FOR LACK OF JURISDICTION DEFENDANT'S PRO SE MOTION FOR MODIFICATION OF SENTENCE<br><br>Case No. 2:13-CR-291 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant's pro se Motion for Modification of Sentence.[1] Defendant seeks a modification pursuant to 18 U.S.C. § 3582(c)(2), which permits a sentence modification "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission."

Defendant's Motion relies on Sentencing Guidelines Amendment 782—effective November 1, 2014, and made retroactive by U.S.S.G. § 1B1.10(d)—which decreased base offense levels for certain drug offenses. Defendant was sentenced as a career offender under United States Sentencing Guideline § 4B1.1. The Court lacks the authority to reduce

---

[1] Defendant's Motion technically only requested the appointment of counsel to pursue a reduction. The Court has construed the Motion as one seeking a reduction and counsel was appointed to review this matter.

1

Defendant's sentence under § 3582(c) and Amendment 782 because Defendant was sentenced as a career offender.[2]

It is therefore

ORDERED that Defendant's pro se Motion for Modification of Sentence (Docket No. 98) is DISMISSED FOR LACK OF JURISDICTION.

DATED this 21st day of February, 2017.

BY THE COURT:

_____
Ted Stewart
United States District Judge

---

[2] *United States v. Fisher*, 658 F. App'x 363, 364 (10th Cir. 2016); *United States v. Bowman*, 645 F. App'x 744, 775 (10th Cir. 2016)